UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
IN RE APPLICATION OF REPUBLIC         :
OF KAZAKHSTAN FOR ORDER               :        **ORDER**
DIRECTING DISCOVERY FROM              :
WILMINGTON TRUST                      :        23-MC-284 (JHR) (JLC)
NATIONAL ASSOCIATION                  :
PURSUANT TO 28 U.S.C. § 1782          :
                                                           :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated August 25, 2023 (Dkt. No. 6), Judge Rearden has

referred this case to me for general pretrial, including the pending discovery motion.

On August 21, 2023, petitioner, the Republic of Kazakhstan, filed a motion for

discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782.  Dkt. No. 3.

However, petitioner's filings include only (1) the motion, (2) a declaration in support

of the motion, and (3) a proposed order, *see* Dkt. Nos. 3–5, but not a memorandum of

law, which is required under the Court's Local Rules.  *See* S.D.N.Y. Local Civ. R.

7.1.

Accordingly, petitioner shall have until **September 1, 2023**, to file its

memorandum of law in support of the motion; respondent shall have until

**September 29, 2023**, to file opposition papers; and petitioner shall file any reply

papers by **October 13, 2023**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __08/25/2023__

**SO ORDERED.**

Dated:  August 25, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge