UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REPUBLIC OF KAZAKHSTAN FOR ORDER DIRECTING DISCOVERY FROM WILMINGTON TRUST NATIONAL ASSOCIATION PURSUANT TO 28 U.S.C. § 1782 | 23 Misc. 00284 (JHR)<br><br>ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE |

JENNIFER H. REARDEN, District Judge:

On August 25, 2023, the Court referred this case to Magistrate Judge Cott for general pretrial purposes.  *See* ECF No. 6.  It is hereby ORDERED that the reference is WITHDRAWN.

SO ORDERED.

Dated: September 1, 2023
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023