USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REPUBLIC OF KAZAKHSTAN FOR ORDER DIRECTING DISCOVERY FROM WILMINGTON TRUST NATIONAL ASSOCIATION PURSUANT TO 28 U.S.C. § 1782 | Misc. Action No. 23 Misc. 00284 (JHR) |

## [PROPOSED] ORDER

Upon consideration of the *ex parte* petition for assistance in aid of foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioner Republic of Kazakhstan ("Petitioner"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified in the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition; and it is further

**ORDERED** that the Petition is **GRANTED**, and it is further

**ORDERED** that Petitioner is granted leave to serve this Order and the subpoenas attached to the Petition as Exhibit A and Exhibit B upon Wilmington Trust National Association, ~~and is authorized to issue additional subpoenas for the production of documents and/or depositions of Wilmington Trust National Association as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure~~; and it is further

- 2 -

**ORDERED** that Wilmington Trust National Association comply with such subpoenas in accordance with and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

Dated: September 1, 2023

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                                      Jennifer H. Rearden